UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOZENA CHRZASVCZ,

    Plaintiff,

v.                                                     CASE NO. 8:19-cv-46-T-23SPF

ZURICH AMERICAN
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 15), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on April 16, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE